IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                    CASE NO. 1:03-cr-00056-MP-AK

ROBERT JAMES STEWART, JR,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 467, Motion to reconsider this Court's prior order (Doc. 464) denying a reduction of sentence under 18 U.S.C. § 3582. Having reviewed Mr. Stewart's present motion, the Court finds no argument that justifies holding Mr. Stewart responsible for less than 4.5 kilograms of crack cocaine. Accordingly, he still qualifies for the highest base offense level, and the amendment thus does not lower the guideline range applicable to this defendant. Guidelines § 1B1.10(a)(1) does not permit the Court to reduce the original sentence in this situation.

Accordingly it is hereby

**ORDERED AND ADJUDGED:**

1.     The motion to reconsider at Doc. 467 is denied.

**DONE AND ORDERED** this  *29th*   day of December, 2008

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge